Thomas J. Coleman, Jr. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
323-782-4521
323-782-4806 FAX

Attorney for Petitioners

FILED
CLERK U.S. DISTRICT COURT
APR - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC, and COMET CONES, CO. F/S/O MICHAEL COVERT<br><br>Petitioners,<br><br>vs.<br><br>BEG PRODUCTIONS, LLC and HOWARD L. BALDWIN<br><br>Respondents. | CASE NO.: CV 09-09378 SVW (JCx)<br><br>[PROPOSED] JUDGMENT<br><br>HONORABLE STEPHEN V. WILSON |

　　　　Pursuant to the to the Court's Order dated March 23, 2010 granting Petitioners' Motion,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

　　　　1.　　The Arbitrator's Opinion and Award ("Award") signed by R. Douglas Collins, the sole neutral Arbitrator, on July 31, 2008 is confirmed in all respects.

　　　　2.　　BEG Productions, LLC and Howard Baldwin are jointly ordered to pay to the WGAW on behalf of Comet Cones, Co. f/s/o Michael Covert in the principal amount of Sixty-Nine Thousand Nine Hundred Fifty-Seven Dollars ($69,957.00), together with interest on $14,957.00 at the rate of one and one-half percent (1.5%) per

1 month from December 19, 2005 and interest on the remaining $55,000.00 at the rate
2 of one and one-half (1.5%) *PER MONTH FROM SEPT. 15 2006* with interest accruing at said rate until the unpaid
3 compensation is paid in full.

4     3.     BEG Productions, LLC and Howard Baldwin are jointly ordered to pay
5 to the WGAW on behalf of Comet Cones, Co. f/s/o Michael Covert contributions to
6 the Writers' Guild-Industry Health Fund ("Health Fund") and the Producers-Writers
7 Guild of America Pension Plan ("Pension Plan") in the principal amount of Ten
8 Thousand Five-Hundred Forty-Three and 47/100 Dollars ($10,143.47), together with
9 interest on $2,168.77 at the rate of 83/100 percent (.83%) per month from December
10 19, 2005 and interest on the remaining $7,975.00 at the rate of 83/100 percent (.83%)
11 from September 15, 2006, with interest accruing at said rate until the Health Fund and
12 Pension Plan contributions are paid in full.

13     4.     BEG Productions, LLC and Howard Baldwin are jointly ordered to pay
14 to the WGAW its half share of the arbitrator's fee of $1,600.00, in the amount of
15 Eight Hundred Dollars ($800.00).

16     5.     BEG Productions, LLC and Howard Baldwin are jointly ordered to pay
17 to the WGAW its half share of the court reporter's fee of $734.25, in the amount of
18 Three Hundred Sixty-Seven and 12/100 Dollars ($367.12).

19     6.     BEG Productions, LLC and Howard Baldwin are jointly ordered to pay
20 to the WGAW costs and attorney's fees in the amount of $2,350.00.

23 Dated: 4/1/10                                    [signature]
24                                                  United States District Judge

W:/Compensation Cases/CO07036/PTC Judgment.doc